UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JONATHAN BEDOYA,             Case No.: 20-cv-00548

           Plaintiff,

     -vs.-             **NOTICE OF APPEARANCE**

NYC CITRUS LLC d/b/a SM ORANGES
a/k/a SQUEEZE MY ORANGES
and CHRISTOPHER GIANGRECO,

           Defendants.
---------------------------------------------------------X

**PLEASE TAKE NOTICE** that Amit Kumar of THE LAW OFFICES OF WILLIAM CAFARO hereby enters his appearance as counsel for the Plaintiff in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated: January 31, 2020
       New York, New York

           Respectfully Submitted

           _____/s/_____
           Amit Kumar (AK0822)
           *Attorney for the Plaintiff*
           The Law Offices of William Cafaro
           108 West 39th Street, Suite 602
           New York, New York 10018
           Main: 212 – 583 – 7400
           Fax:  212 – 583- 7401
           AKumar@cafaroesq.com