UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JONATHAN BEDOYA,                                          Case No.: 20-cv-00548

                Plaintiff,

      -vs.-                                       **NOTICE OF APPEARANCE**

NYC CITRUS LLC d/b/a SM ORANGES
a/k/a SQUEEZE MY ORANGES
and CHRISTOPHER GIANGRECO,

               Defendants.
---------------------------------------------------------X

    **PLEASE TAKE NOTICE** that Louis Leon of THE LAW OFFICES OF WILLIAM CAFARO hereby enters his appearance as counsel for the Plaintiff in the above-captioned proceeding. I certify that I am admitted to practice in this court.


Dated: January 31, 2020
      New York, New York

                                        Respectfully Submitted

                                        _____**/s/**_____
                                        Louis Leon (LL2057)
                                        *Attorney for the Plaintiff*
                                        The Law Offices of William Cafaro
                                        108 West 39th Street, Suite 602
                                        New York, New York 10018
                                        Main: 212 – 583 – 7400
                                        Fax:  212 – 583- 7401
                                        Lleon@cafaroesq.com