## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: January 31, 2020
Index #  1:20-cv-00548-ARR-LB

Jonathan Bedoya — Plaintiff

against

NYC Citrus LLC d/b/a SM Orange a/k/a Squeeze My Oranges, et ano — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

James Perone, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on February 3, 2020, at 11:45 AM, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint on NYC Citrus LLC, the Defendant in this action, by delivering to and leaving with Sue Zouky, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 303 Limited Liability Company Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: 55-60   Approx. Wt: 125lbs   Approx. Ht: 5'1
Color of skin: White   Hair color: Red/Blonde   Sex: Female   Other: ___

Sworn to before me on this
3rd day of February 2020

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice·Work Order # S1836243

SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201