UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: WILLIAM CAFARO, ESQ. - 1850

| | |
|---|---|
| JONATHAN BEDOYA | Index #: 20CV548-ARR-LB |
| Plaintiff(s) | |
| -against- | Date Filed: |
| NYC CITRUS LLC ETAL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DENISE LEWIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on February 27, 2020 at 09:17 AM at

3939 221 STREET
BAYSIDE, NY 11361

deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on CHRISTOPHER GIANGRECO, the defendant/respondent therein named,

**AFFIXING TO DOOR**  by affixing a true copy/copies of each to the door of said premises, which is the defendant's/respondent's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, thereat, having made attempt(s) on:

February 15, 2020  AT  4:15 PM
February 22, 2020  AT  5:52 PM
February 27, 2020  AT  9:17 AM

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

3939 221 STREET
BAYSIDE, NY 11361

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 27, 2020 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on: February 27, 2020

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**DENISE LEWIS**
License #: 2006009
Docket #:    *1150574*