FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 12 2020 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JONATHAN BEDOYA,

                Plaintiffs

v.

NYC CITRUS LLC d/b/a SM ORANGES
a/k/a SQUEEZE MY ORANGES
and CHRISTOPHER GIANGRECO,
                Defendants.
------------------------------------------------------------X

**STIPULATION EXTENDING TIME TO ANSWER**

Civ No.: 20-cv-00548

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto by and through their undersigned attorneys that Pursuant to Rules 15 and 21 of the Federal Rules of Civil Procedure that Plaintiff may amend the complaint in order to replace NYC CITRUS LLC with SQUEEZE MY ORANGES LLC;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that Defendants' counsel, Tsai PLLC hereby accepts service of the First Amended Complaint on behalf of all Defendants;

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that Defendants reserve all defenses in this action, except waive any as to service of the First Amended Complaint; and

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that Defendants shall have 45 days from the filing of the First Amended Complaint to answer, move or otherwise respond to it.

Dated: New York, New York
       March 11, 2020

Tsai PLLC                                               LAW OFFICES OF WILLIAM CAFARO

/s/ Joey Tsai                                        /s/ Amit Kumar
Joey Tsai, Esq.                                   Amit Kumar, Esq.

So Ordered: /S/ Judge Lois Bloom
3/12/20
Lois Bloom
U.S. Magistrate Judge