AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Jonathan Bedoya | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-00548 |
| Squeeze My Oranges, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Squeeze My Oranges, LLC and Christopher Giangreco.

Date: 05/08/2020

/s/ Joey Tsai
*Attorney's signature*

Joey Tsai (JT7318)
*Printed name and bar number*
Tsai PLLC
535 Fifth Avenue
Fourth Floor
New York, NY 10017
*Address*

jtsai@tsaipllc.com
*E-mail address*

(646) 829-9001
*Telephone number*

(646) 829-9002
*FAX number*