**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

JONATHAN BEDOYA,

                              **PLAINTIFF**,

  - against –

SQUEEZE MY ORANGES, LLC and
CHRISTOPHER GIANGRECO,

                             **DEFENDANTS.**
_____

Case No. 20 CV 548 (EK)(LB)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersign counsel for SQUEEZE MY ORANGES, LLC (nongovernmental corporate parties) certifies there are no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
         May 28, 2020

                                                   /s/     Joey Tsai
                                                   Joey Tsai
                                                   Attorney for Defendants
                                                   Tsai PLLC
                                                   535 Fifth Avenue
                                                   Fourth Floor
                                                   New York, NY 10017
                                                   T. 646-829-9001
                                                   F. 646-829-9002
                                                   E. jtsai@tsaipllc.com