

Joey Tsai | T. 646.829.9001
535 5th Avenue | F. 646.829.9002
Fourth Floor | jtsai@tsaipllc.com
New York, NY 10017 | www.tsaipllc.com
*Admitted to practice law in New York and New Jersey*

September 21, 2020

**VIA ECF**
Hon. Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Bedoya v. NYC Citrus, LLC, et al. (20-cv-548)(EK)(LB)*
             *Joint Status Report*

Dear Judge Bloom,

    The Parties jointly submit this status report as per the Court's Order dated July 30, 2020 (Docket No. 20).  The Parties have exchanged initial documents and engaged in settlement discussions.

    No settlement been reached, but the Parties are optimistic that a settlement can be reached with additional negotiations.  The Parties request additional time to continue settlement negotiations between counsel only at this time, prior to sending the case to an EDNY mediator.

    The Parties respectfully requests the Court to grant additional time for the Parties to negotiate, before sending the case to mediation.  We thank the Court for its time and attention.


                                                  Respectfully submitted,
                                                  /s/ Joey Tsai
                                                  Joey Tsai
                                                  *Attorney for Defendants*


cc:    Amit Kumar, Esq. (VIA ECF)