

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

October 30, 2020

**<u>Via ECF</u>**
Hon. Lois Bloom, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Bedoya v. NYC Citrus LLC, et ano*
Case No. 20-cv-00548 (JMA)(AKT)

Your Honor:

This office represents the Plaintiff, in the above referenced action brought under the FLSA and NYLL. We write, jointly with the Defendants, in compliance with the Court's Order of September 22, 2020. First and foremost, we apologize for the lateness of this letter.

The Parties were unable to reach a settlement amongst themselves and have contacted mediator Karl Stoecker to help us resolve the matter. Mr. Stoecker has agreed to mediate the action and the first mediation session is confirmed for January 14, 2021.

The Parties are available to discuss any issues of law or fact in this letter.

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

_____
Amit Kumar, Esq. (AK0822)
*Attorneys for Plaintiffs*