

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

February 1, 2021

**<u>Via ECF</u>**
Hon. Lois Bloom, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Bedoya v. NYC Citrus LLC, et ano*
Case No. 20-cv-00548 (EK) (LB)

Your Honor:

      This office represents the Plaintiff in the above referenced action brought under the FLSA and NYLL. We write, jointly with the Defendants, in compliance with the Court's Order of November 2, 2020.

      The Parties engaged in a mediation session on January 14, 2021 with mediator Karl Stoecker, Esq. The Parties were unable to resolve the action at the mediation. Given this, the Parties request an initial pretrial conference to discuss a discovery schedule in this action.

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

_____
Amit Kumar, Esq. (AK0822)
*Attorneys for Plaintiffs*