

Joey Tsai
535 5th Avenue
Fourth Floor
New York, NY 10017

T. 646.829.9001
F. 646.829.9002
jtsai@tsaipllc.com
www.tsaipllc.com
Admitted to practice law in
New York and New Jersey

February 5, 2021

**VIA ECF**
Hon. Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Bedoya v. NYC Citrus LLC, et al. (20-cv-548)(EK)(LB)*
            *Request to Adjourn Initial Conference*

Dear Judge Bloom,

    We represent Defendants in the above-referenced matter. The Court scheduled a telephonic initial conference for this matter on February 24, 2021 at 10:30am. Defendants request the initial conference be adjourned to an alternate date as Defense counsel is previously scheduled to attend a mediation in a separate matter on the same date. This is the first request for an adjournment and Plaintiff consents to the adjournment request. The Parties propose the following alternate dates, subject to the Court's availability:

    February 24, 2021 after 3pm
    March 2, 2021
    March 3, 2021 after 2pm

    We thank the Court for its time and attention.

    Respectfully submitted,
    /s/ Joey Tsai
    Joey Tsai
    *Attorney for Defendants*

cc:    Amit Kumar, Esq. (VIA ECF)