

Joey Tsai
535 5th Avenue
Fourth Floor
New York, NY 10017

T. 646.829.9001
F. 646.829.9002
jtsai@tsaipllc.com
www.tsaipllc.com
Admitted to practice law in
New York and New Jersey

March 15, 2021

**VIA ECF**
Hon. Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> *Re:    Bedoya v. NYC Citrus LLC, et al. (20-cv-548)(EK)(LB)*
> *Status Letter re Defense Counsel Representation*

Dear Judge Bloom,

On February 24, 2021, a telephone conference was held in the above referenced matter.

Defense Counsel informed the Court that Defendants terminated Tsai PLLC's representation of

all Defendants and the Court ordered Defendants to retain new counsel and file a notice of

substitution by March 15, 2021.  As an update to the Court, Defendants re-engaged Tsai PLLC

as their counsel.  Plaintiff's counsel has been notified that Tsai PLLC has been re-engaged as

counsel for all Defendants.

We thank the Court for its time and attention.

Respectfully submitted,
/s/ Joey Tsai
Joey Tsai
*Attorney for Defendants*

cc:    Amit Kumar, Esq. (VIA ECF)