

| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com | **LAW OFFICES OF**<br>**WILLIAM CAFARO**<br><br>108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com |
| *Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com | | *Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |
| *Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | | |

June 15, 2021

*<u>Via ECF</u>*
Hon. James R. Cho, U.S.M.J
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    Bedoya v. NYC Citrus LLC
                Case No.: 20-cv-00548

Your Honor,

      This firm represents the Plaintiff in the above referenced FLSA matter. We write to withdraw our motion to compel which was filed on June 14, 2021. D.E. 26. After the Plaintiff filed his motion, Defendants complied and delivered their responses to Plaintiff's discovery demands. Although we believe the Defendants responses are inadequate, we intend to meet and confer with Defendants' counsel regarding these issues pursuant to Local Civil Rule 37.3.

                                 Very truly yours,
                                   LAW OFFICE OF WILLIAM CAFARO

                                   By:    Amit Kumar, Esq. (AK 0822)
                                        *Attorneys for Plaintiffs*

CC:

All attorneys of record (via ECF)