

Joey Tsai
535 5th Avenue
Fourth Floor
New York, NY 10017

T. 646.829.9001
F. 646.829.9002
jtsai@tsaipllc.com
www.tsaipllc.com
Admitted to practice law in
New York and New Jersey

October 28, 2021

**VIA ECF & ELECTRONIC MAIL**
Judge James R. Cho
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201
cho_chambers@nyed.uscourts.gov

>  Re:   *Bedoya v. NYC Citrus LLC, et al. (20-cv-548)(EK)(JRC)*
>        *Request to Cancel November 4, 2021 Settlement Conference*

Dear Judge Cho:

      We represent Defendants in the above-referenced matter. This matter is scheduled for a settlement conference before this Court on November 4, 2021. Defense counsel requests that the settlement conference be cancelled at this time for the foregoing reasons.

      Defense counsel requested the upcoming settlement conference with Plaintiff counsel and the Court prior to receiving consent by Defendants Squeeze My Oranges, LLC and Christopher Giangreco. Upon notification that a settlement conference request was made, Defendants informed Defense counsel that they believe a settlement conference would not be fruitful and requested Defense counsel to retract the request. Admittedly, Defense counsel delayed in retracting the request for a settlement conference to allow for Defendants to reconsider. Currently, Defendants' position remains the same in that they feel a settlement conference would not be fruitful and they do not wish to attend the upcoming settlement conference.

      To be clear, this is not an attempt by Defendants or Defense counsel to delay this litigation. Defense counsel admits that our attempts to facilitate a settlement conference were contrary to the wishes of Defendants. Defense counsel requests that the Court does not look unfavorably upon Defendants' and their request to cancel the settlement conference. Defendants have consistently informed their counsel that they do not wish to attend a settlement conference for the above-mentioned reasons. Plaintiff counsel was updated as to the current status of Defendants' position and is aware that Defendants are requesting a cancellation of the settlement conference. Moving forward with a settlement conference would not be fruitful to all parties at this time and therefore Defendants request that the settlement conference be cancelled.

      We thank the Court for its time and attention to this matter.

Respectfully submitted,
/s/ Joey Tsai
Joey Tsai
*Attorney for Defendants*