

Joey Tsai | T. 646.829.9001
535 5th Avenue | F. 646.829.9002
Fourth Floor | jtsai@tsaipllc.com
New York, NY 10017 | www.tsaipllc.com
Admitted to practice law in New York and New Jersey

November 5, 2021

**VIA ECF**
Hon. James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      *Re:*    *Bedoya v. NYC Citrus LLC, et al. (20-cv-548)(EK)(JRC)*
              *Joint Status Letter re Settlement Conference*

Dear Judge Cho,

      We represent Defendants in the above-referenced matter. As per the Court's order dated November 3, 2021, the Parties jointly submit this letter to inform the Court if the Parties wish to procced with an in-person settlement conference. At this time, the Parties decline to participate in an in-person settlement conference at this time but requests to revisit this issue after the discovery deadline ends on 12/1/2021. The Court ordered the Parties to submit a joint status report on 12/3/2021 and the Parties request that we update the Court as to the possibility of an in-person settlement conference at that time.

      We thank the Court for its time and attention.

                                          Respectfully submitted,
                                          /s/ Joey Tsai
                                          Joey Tsai
                                          *Attorney for Defendants*

cc:    Amit Kumar, Esq. (VIA ECF)