

Joey Tsai    T. 646.829.9001
535 5th Avenue    F. 646.829.9002
Fourth Floor    jtsai@tsaipllc.com
New York, NY 10017    www.tsaipllc.com
Admitted to practice law in New York and New Jersey

February 4, 2022

**VIA ECF**
Hon. James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        *Re:*    *Bedoya v. NYC Citrus LLC, et al. (20-cv-548)(EK)(JRC)*
                *Joint Status Letter re Deposition Dates*

Dear Judge Cho,

      We represent Defendants in the above-referenced matter. As per the Court's order dated February 1, 2022, the Parties jointly submit this letter to inform the Court of the upcoming scheduled deposition dates. The parties have agreed upon the following deposition schedule:

      Plaintiff Deposition - March 15, 2022
      Individual Defendant and 30(b)(6) Depositions - March 16, 2022 and March 17, 2022

      We thank the Court for its time and attention.

                                                          Respectfully submitted,
                                                           /s/ Joey Tsai
                                                           Joey Tsai
                                                          *Attorney for Defendants*

cc:      Amit Kumar, Esq. (VIA ECF)