

```
                                    Joey Tsai      T. 646.829.9001
                                    535 5th Avenue F. 646.829.9002
                                    Fourth Floor   jtsai@tsaipllc.com
                                    New York, NY 10017  www.tsaipllc.com
                                                   Admitted to practice law in
                                                   New York and New Jersey
```

March 15, 2022

**VIA ECF**
Hon. James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Bedoya v. NYC Citrus LLC, et al. (20-cv-548)(EK)(JRC)*
     *Termination of Defense Counsel*

Dear Judge Cho,

  This letter is to advise the Court that Defendants Christopher Giangreco and Squeeze My Oranges, LLC (collectively the "Defendants") terminated Tsai PLLC as their counsel effective immediately on March 15, 2022. Additionally, Defendants informed me that they are in the process of seeking new representation to take over this matter. Plaintiff counsel has been notified of this change.

  As a status update, three depositions were scheduled for March 15 through March 17, 2022. We anticipate Defendants and incoming counsel will request just and appropriate relief regarding these depositions and other matters.

  A telephonic status conference before the Court is scheduled for March 21, 2022 at 11:30am. I informed Defendants about the upcoming status conference and provided the call-in information to them. I requested that either their new counsel or themselves appear at this conference. Furthermore, I will attend this conference.

  We thank the Court for its time and attention.

            Respectfully submitted,
            /s/ Joey Tsai
            Joey Tsai

cc: Amit Kumar, Esq. (VIA ECF)
   Christopher Giangreco (VIA EMAIL)
   Squeeze My Oranges, LLC (VIA EMAIL)