UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN BEDOYA,

                      Plaintiff,

- against -

NYC CITRUS LLC D/B/A SM ORANGES A/K/A
SQUEEZE MY ORANGES AND CHRISTOPHER
GIANGRECO,

                      Defendants.
-----------------------------------------------------------------X

CASE NO.: 20-cv-00548

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              )
COUNTY OF NEW YORK  )ss:

        Karina Diaz, being duly sworn, says:

        I am not a party to the action; I reside in The Bronx, NY and I am over 18 years of age.

        On April 21, 2022, I served the within a **COPY OF THE MINUTE ENTRY FOR STATUS CONFERENCE PROCEEDINGS HELD ON 4/20/2022 BEFORE MAGISTRATE JUDGE JAMES R. CHO,** by depositing a true copy thereof, enclosed by email set forth below:

Christopher Giangreco
stalstar@aol.com

Sworn to before me
on April 21, 2022

_____
Karina Diaz

_____
Notary

AMIT KUMAR
Notary Public State of New York
No. 02KU6289837
Certified in Nassau County
Commission Expires Sept. 30, 2025