UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN BEDOYA,　　　　　　　　　　　　　　　　CASE NO.: 20-cv-00548

　　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　　　　AFFIDAVIT OF
- against -　　　　　　　　　　　　　　　　　　　　SERVICE

NYC CITRUS LLC D/B/A SM ORANGES A/K/A
SQUEEZE MY ORANGES AND CHRISTOPHER
GIANGRECO,

　　　　　　　　　Defendants,
-----------------------------------------------------------------X

STATE OF NEW YORK　　　　)
　　　　　　　　　　　　　　)
COUNTY OF NEW YORK　　　 )ss:

　　　Karina Diaz, being duly sworn, says:

　　　I am not a party to the action; I reside in The Bronx, NY and I am over 18 years of age.

　　　On May 11, 2022, I served the within a **COPY OF THE MINUTE ENTRY FOR STATUS CONFERENCE PROCEEDINGS HELD ON 5/4/2022 BEFORE MAGISTRATE JUDGE JAMES R. CHO,** by depositing a true copy thereof, enclosed by email set forth below:

Christopher Giangreco
stalstar@aol.com

Sworn to before me
on May 11, 2022

_____
Karina Diaz

_____
Notary

WILLIAM CAFARO
NOTARY PUBLIC-STATE OF NEW YORK
No. 02CA6375832
Qualified In Suffolk County
My Commission Expires 05-29-2022