UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JONATHAN BEDOYA,

                                 Plaintiff,

    -against-

SQUEEZE MY ORANGES, LLC and
CHRISTOPHER GIANGRECO,

                                 Defendants.
------------------------------------------------------------------X

**Case No.:** 1:20-cv-548 (EK) (JRC)

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above captioned matter. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated:  Lake Success, New York
           May 26, 2022

                                 Respectfully submitted,

                                 **MILMAN LABUDA LAW GROUP PLLC**

                                 _____/s Emanuel Kataev, Esq._____
                                 Emanuel Kataev, Esq.
                                 3000 Marcus Avenue, Suite 3W8
                                 Lake Success, NY 11042-1073
                                 (516) 328-8899 (office)
                                 (516) 303-1395 (direct dial)
                                 (516) 328-0082 (facsimile)
                                 emanuel@mllaborlaw.com

**VIA ECF**
Law Offices of William Cafaro
<u>Attn</u>: Amit Kumar, Esq.
108 West 39th Street, Suite 602
New York, NY 10018-3600
akumar@cafaroesq.com